IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-2167-ABJ-PAC

EL PASO MERCHANT ENERGY, L.P.,

Plaintiff,

v.

SERVICECO, Ltd.,

Defendant.

## ORDER TO VACATE JUDGMENT

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Vacate Judgment. That Motion recites that the Parties have reached a full and final settlement of all claims in this litigation and have executed a binding Settlement Agreement and Release.

THE COURT, being fully advised of the premises, and in accordance with Fed.R.Civ.P. Rule 60, hereby ORDERS that the Judgment entered in this matter on October 25, 2004 is VACATED.

DATED this 18th day of July, 2005.

BY THE COURT:

 s/ Alan B. Johnson
Alan B. Johnson, Judge
United States District Court