**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  03-cv-2167-ABJ-PAC

EL PASO MERCHANT ENERGY, L.P.,

       Plaintiff,

v.

SERVICECO, LTD.,

       Defendant.

**ORDER DENYING MOTIONS AS MOOT AND CLOSING CASE**

On July 13, 2005, the parties filed a "Stipulated Motion to Vacate Judgment," in which all post-judgment motions were withdrawn and rendered moot.  An Order to Vacate Judgment was entered July 22, 2005.  Accordingly, the Court finds that any motions reflected on the docket as undecided motions shall be denied as moot and the case closed.  It is therefore

**ORDERED** that all pending motions on the docket shall be, and are, **DENIED AS MOOT.**

Dated this 9th day of February, 2006.

                                  s/Alan B. Johnson
                        UNITED STATES DISTRICT JUDGE
                            SITTING BY DESIGNATION

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  03-cv-2167-ABJ-PAC

EL PASO MERCHANT ENERGY, L.P.,

       Plaintiff,

v.

SERVICECO, LTD.,

       Defendant.

**ORDER DENYING MOTIONS AS MOOT AND CLOSING CASE**

On July 13, 2005, the parties filed a "Stipulated Motion to Vacate Judgment," in which all post-judgment motions were withdrawn and rendered moot.  An Order to Vacate Judgment was entered July 22, 2005.  Accordingly, the Court finds that any motions reflected on the docket as undecided motions shall be denied as moot and the case closed.  It is therefore

**ORDERED** that all pending motions on the docket shall be, and are, **DENIED AS MOOT.**

Dated this 9th day of February, 2006.

                                                        s/Alan B. Johnson
                                        UNITED STATES DISTRICT JUDGE
                                            SITTING BY DESIGNATION